JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GURSIMRAT SINGH, | ) No. C 07-5917 PVT |
|         Petitioner, | ) |
|     v. | ) **ANSWER** |
| ROSEMARY MELVILLE, District Director, in her Official Capacity, District Director, Citizenship and Immigration Services, United States Department of Homeland Security, San Francisco, California; FRANCIS D. SICILIANO, in his Official Capacity, Field Office Director, Citizenship and Immigration Services, United States Department of Homeland Security, San Jose, California; EMILIO T. GONZALEZ, in his Official Capacity, Director, United States Citizenship and Immigration Services, Department of Homeland Security; MICHAEL CHERTOFF, in his Official Capacity, Secretary, Department of Homeland Security; MICHAEL MUKASEY, in his Official Capacity, United States Attorney General; and ROBERT S. MUELLER, III, in his Official Capacity, Director, Federal Bureau of Investigation; | ) |
|         Respondents. | ) |

Respondents hereby submit their answer to Petitioner's Petition for Naturalization Pursuant to 8 U.S.C. § 1447(b).

ANSWER
C 07-5917 PVT                               1

## INTRODUCTION

1. Paragraph One consists of Petitioner's characterizations of the lawsuit for which no answer is required; however, to the extent that such allegations are deemed to require an answer, Respondents deny the allegations in Paragraph One.

2. Respondents admit the allegations in Paragraph Two.

## JURISDICTION AND VENUE

3. Paragraph Eight consists of Petitioner's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent that such allegations are deemed to require an answer, Respondents deny the allegations contained in this paragraph.

4. Paragraph Four consists of Petitioner's allegations regarding venue, to which no responsive pleading is required.

5. Paragraph Five consists of Petitioner's allegations regarding venue, to which no responsive pleading is required.

## INTRADISTRICT ASSIGNMENT

6. Paragraph Six consists of Petitioner's allegations regarding intradistrict assignment, to which no responsive pleading is required.

## PARTIES

7. Respondents admit the allegations in Paragraph Seven; however, Respondents are without sufficient information to admit or deny Petitioner's residence.

8. Respondents admit the allegations in Paragraph Eight.

9. Respondents admit the allegations in Paragraph Nine.

10. Respondents admit the allegations in Paragraph Ten.

11. Respondents admit the allegations in Paragraph Eleven.

12. Respondents admit the allegations in Paragraph Twelve.

13. Respondents admit the allegations in Paragraph Thirteen.

## STATEMENT OF FACTS

14. Respondents admit the allegations in Paragraph Fourteen.

15. Respondents admit the allegaitons in Paragraph Fifteen.

ANSWER
C 07-5917 PVT                                                                  2

1    16.  Respondents admit the allegations in Paragraph Sixteen.

2    17.  Respondents admit the allegations in Paragraph Seventeen; however, Respondents are without sufficient information to admit or deny Petitioner's criminal record.

4    18.  Respondents admit the allegations in Paragraph Eighteen.

5    19.  Respondents are without sufficient information to admit or deny the allegations in Paragraph Nineteen.

7    20.  Respondents admit the allegations in Paragraph Twenty.

8    21.  Respondents are without sufficient information to admit or deny the allegations in Paragraph Twenty-One.

10   22.  Respondents are without sufficient information to admit or deny the allegations in Paragraph Twenty-Two.

12   23.  Respondents are without sufficient information to admit or deny the allegations in Paragraph Twenty-Three.

14   24.  Respondents deny the allegations in Paragraph Twenty-Four.

### CAUSE OF ACTION

25.  Respondents incorporate their responses to Paragraph One through Twenty-Four as if set forth fully herein.

26.  Respondents admit the allegations in Paragraph Twenty-Six; however, Respondents are without sufficient information to admit or deny that Petitioner meets all statutory requirements.

### REQUEST FOR RELIEF

The remaining allegations consists of Petitioner's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Respondents deny this paragraph.

### FIRST AFFIRMATIVE DEFENSE

The court lacks jurisdiction over the subject matter of this action.

### SECOND AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against the Respondents upon which relief can be granted.

### THIRD AFFIRMATIVE DEFENSE

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Petitioner.

### FOURTH AFFIRMATIVE DEFENSE

At all times alleged in the Complaint, Respondents were acting with good faith, with justification, and pursuant to authority.

### FIFTH AFFIRMATIVE DEFENSE

Respondents are processing the applications referred to in the Petition to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

### SIXTH AFFIRMATIVE DEFENSE

Respondents' delay is not unreasonable as a matter of law.

WHEREFORE, Respondents pray for relief as follows:

That judgment be entered for Respondents and against Petitioner, dismissing Petitioner's Petition with prejudice; that Petitioner takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: January 29, 2008                           Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

                        /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Respondents

ANSWER
C 07-5917 PVT                                    4