1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8
                        UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11
   GURSIMRAT SINGH,                        )
12                                         )
              Petitioner,                  )   No. C 07-5917 PVT
13                                         )
         v.                                )
14                                         )
   ROSEMARY MELVILLE, District Director, in )  **PARTIES' CONSENT TO MAGISTRATE**
15 her Official Capacity, District Director, )  **JUDGE JURISDICTION**
   Citizenship and Immigration Services, United )
16 States Department of Homeland Security, San )
   Francisco, California; FRANCIS D. SICILIANO, )
17 in his Official Capacity, Field Office Director, )
   Citizenship and Immigration Services, United )
18 States Department of Homeland Security, San )
   Jose, California; EMILIO T. GONZALEZ, in his )
19 Official Capacity, Director, United States )
   Citizenship and Immigration Services,    )
20 Department of Homeland Security; MICHAEL )
   CHERTOFF, in his Official Capacity, Secretary, )
21 Department of Homeland Security; MICHAEL )
   MUKASEY, in his Official Capacity, United )
22 States Attorney General; and ROBERT S.   )
   MUELLER, III, in his Official Capacity,  )
23 Director, Federal Bureau of Investigation; )
                                            )
24            Respondents.                  )
                                            )
25

26      In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Petitioner and

27 Respondents in this case hereby voluntarily consent to have a United States Magistrate Judge

28 conduct any and all further proceedings in the case, including trial, and order the entry of a final

Parties' Consent to Magistrate Jurisdiction
C 07-5917 PVT                                    1

1 | judgment.

2 | Dated: February 15, 2008    Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

4 |

5 | _____/s/_____
6 | ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Respondents

7 |

8 |
9 | Dated: February 15, 2008    _____/s/_____
ANTOINETTE McGILL
KALPANA V. PEDDIBHOTLA
10 | Attorneys for Petitioner

11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 | _____
27 | [1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.
28 |

Parties' Consent to Magistrate Jurisdiction
C 07-5917 PVT                    2