| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Respondents |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GURSIMRAT SINGH, | ) | |
| Petitioner, | ) | No. C 07-5917 PVT |
| v. | ) | |
| ROSEMARY MELVILLE, District Director, in her Official Capacity, District Director, Citizenship and Immigration Services, United States Department of Homeland Security, San Francisco, California; FRANCIS D. SICILIANO, in his Official Capacity, Field Office Director, Citizenship and Immigration Services, United States Department of Homeland Security, San Jose, California; EMILIO T. GONZALEZ, in his Official Capacity, Director, United States Citizenship and Immigration Services, Department of Homeland Security; MICHAEL CHERTOFF, in his Official Capacity, Secretary, Department of Homeland Security; MICHAEL MUKASEY, in his Official Capacity, United States Attorney General; and ROBERT S. MUELLER, III, in his Official Capacity, Director, Federal Bureau of Investigation; | ) | **PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |
| Respondents. | ) | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit

Parties' Request for ADR Exemption
C 07-5917 PVT                                    1

1 from any of them.

2     Here, the parties agree that referral to a formal ADR process will not be beneficial because this
3 action is limited to petitioner's request that this Court compel respondents to adjudicate the
4 application for naturalization. Respondents have already requested the FBI expedite the name
5 check so that the application may be processed as soon as possible. Given the substance of the
6 action and the lack of any potential middle ground, ADR will only serve to multiply the
7 proceedings and unnecessarily tax court resources.

8     Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the
9 ADR Multi-Option Program and that they be excused from participating in the ADR phone
10 conference and any further formal ADR process.

11 Dated: February 15, 2008      Respectfully submitted,

12      JOSEPH P. RUSSONIELLO
United States Attorney

13

14      /s/
ILA C. DEISS[1]
15      Assistant United States Attorney
Attorneys for Respondents
16

17
Dated: February 13, 2008      /s/
18      ANTOINETTE McGILL
KALPANA V. PEDDIBHOTLA
19      Attorneys for Petitioner

20                          **ORDER**

21     Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR
22 Multi-Option Program and are excused from participating in the ADR phone conference and any
23 further formal ADR process.

24 **SO ORDERED.**

25 Dated:

26      PATRICIA V. TRUMBULL
United States Magistrate Judge

27 _____

28     [1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.
Parties' Request for ADR Exemption
C 07-5917 PVT      2