# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

FILED

2008 FEB 22 P 12: 17

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Gursimrat SINGH

v.

Rosemary MELVILLE, et al.

E-FILING

ADR

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C07  05917 PVT**

TO: (Name and address of defendant)

Rosemary Melville, District Director, USCIS, 630 Sansome Street, San Francisco, CA 94111;
Francis D. Siciliano, Field Office Director, USCIS, 1887 Monterey Rd., San Jose, CA 95112;
Emilio T. Gonzalez, Director, DHS, Washington, DC 20528;
Michael Chertoff, Secretary, DHS, Washington, DC 20528;
Michael Mukasey, Attorney General, USDOJ, 950 Pennsylvania Avenue, NW, Washington, DC 20530;
Robert S. Mueller, III, Director, FBI, 935 Pennsylvania Avenue, NW, Washington, DC 20535

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Antoinette McGill, Esq. (Cal. SBN 148521)
Kalpana V. Peddibhotla, Esq. (Cal. SBN 200330)
The Chugh Firm
4800 Great America Pkwy., Suite #310
Santa Clara, CA 95054
Phone: (408) 970-0100
Fax:    (408) 970-0200

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

NOV 2 1 2007
DATE_____

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]     DATE  *See attachments* |
| Name of SERVER     TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): *US Postal Certified Mail*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *2/21/08*
              Date

Signature of Server

*4800 Great America Parkway, Suite 310, ~~San Francisco~~ Santa Clara, CA 95054*
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure