1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8
                   UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11
   GURSIMRAT SINGH,                    )  No. C 07-5917 PVT
12                                     )
                  Petitioner,          )
13                                     )
            v.                         )  **STIPULATION TO DISMISS; AND**
14                                     )  **[PROPOSED] ORDER**
   ROSEMARY MELVILLE, District Director, in )
15 her Official Capacity, District Director, )
   Citizenship and Immigration Services, United )
16 States Department of Homeland Security, San )
   Francisco, California; FRANCIS D. SICILIANO, )
17 in his Official Capacity, Field Office Director, )
   Citizenship and Immigration Services, United )
18 States Department of Homeland Security, San )
   Jose, California; EMILIO T. GONZALEZ, in his )
19 Official Capacity, Director, United States )
   Citizenship and Immigration Services, )
20 Department of Homeland Security; MICHAEL )
   CHERTOFF, in his Official Capacity, Secretary, )
21 Department of Homeland Security; MICHAEL )
   MUKASEY, in his Official Capacity, United )
22 States Attorney General; and ROBERT S. )
   MUELLER, III, in his Official Capacity, )
23 Director, Federal Bureau of Investigation; )
                                       )
24                Respondents.         )
   _____ )
25

26     Petitioner, by and through his attorneys of record, and Respondents, by and through their

27 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

28 above-entitled action without prejudice because the United States Citizenship and Immigration

Stipulation to Dismiss; and Order
C 07-5917 PVT                        1

1   Services agrees to adjudicate Petitioner's application for naturalization within 30 days of the

2   dismissal of this action, provided the petitioner does not commit a disqualifying act in the interim.

3   *See* 8 U.S.C. § 1447(b).

4        Each of the parties shall bear their own costs and fees.

5   Dated: February 28, 2008                    Respectfully submitted,

6                                               JOSEPH P. RUSSONIELLO
                                                United States Attorney
7

8                                               _____/s/_____
                                                ILA C. DEISS[1]
9                                               Assistant United States Attorney
                                                Attorneys for Respondents
10

11  Dated: March 3, 2008                        _____/s/_____
                                                ANTOINETTE McGILL
12                                              KALPANA V. PEDDIBHOTLA
                                                Attorneys for Petitioner
13

14                                **ORDER**
                   Pursuant to stipulation, IT IS SO ORDERED.
15

16  Dated:                                      _____
                                                PATRICIA V. TRUMBULL
17                                              United States Magistrate  Judge

18

19

20

21

22

23

24

25

26

27  _____

28       [1]  I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures
    indicated by a "conformed" signature (/s/) within this efiled document.
    Stipulation to Dismiss; and Order
    C 07-5917 PVT                    2