| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GURSIMRAT SINGH, | ) | No. C 07-5917 PVT |
| Petitioner, | ) | |
| v. | ) | **STIPULATION TO DISMISS; AND** |
| | ) | **[PROPOSED] ORDER** |
| ROSEMARY MELVILLE, District Director, in her Official Capacity, District Director, Citizenship and Immigration Services, United States Department of Homeland Security, San Francisco, California; FRANCIS D. SICILIANO, in his Official Capacity, Field Office Director, Citizenship and Immigration Services, United States Department of Homeland Security, San Jose, California; EMILIO T. GONZALEZ, in his Official Capacity, Director, United States Citizenship and Immigration Services, Department of Homeland Security; MICHAEL CHERTOFF, in his Official Capacity, Secretary, Department of Homeland Security; MICHAEL MUKASEY, in his Official Capacity, United States Attorney General; and ROBERT S. MUELLER, III, in his Official Capacity, Director, Federal Bureau of Investigation; | ) | |
| Respondents. | ) | |

Petitioner, by and through his attorneys of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice because the United States Citizenship and Immigration

Stipulation to Dismiss; and Order
C 07-5917 PVT                                                1

1 | Services agrees to adjudicate Petitioner's application for naturalization within 30 days of the
2 | dismissal of this action, provided the petitioner does not commit a disqualifying act in the interim.
3 | *See* 8 U.S.C. § 1447(b).
4 |     Each of the parties shall bear their own costs and fees.
5 | Dated: February 28, 2008                Respectfully submitted,
6 |                                             JOSEPH P. RUSSONIELLO
7 |                                             United States Attorney
8 |                                                 /s/
                                             ILA C. DEISS[1]
9 |                                              Assistant United States Attorney
10 |                                            Attorneys for Respondents
11 | Dated: March 3, 2008                    /s/
                                             ANTOINETTE McGILL
12 |                                              KALPANA V. PEDDIBHOTLA
13 |                                              Attorneys for Petitioner

14 |                                       **ORDER**
15 |     Pursuant to stipulation, IT IS SO ORDERED.
16 | Dated: 3/4/08                              *Patricia V. Trumbull*
17 |                                              PATRICIA V. TRUMBULL
                                             United States Magistrate Judge

---

28 | [1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.